NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,**

*Plaintiff-Appellee*

**v.**

**UNITED STATES, WHEATLAND TUBE COMPANY,**

*Defendants-Appellants*

**v.**

**NUCOR TUBULAR PRODUCTS INC.,**

*Defendant-Appellee*

---

2022-1172, 2022-1174

---

Appeals from the United States Court of International Trade in No. 1:19-cv-00208-JCG, Judge Jennifer Choe-Groves.

---

**ON MOTION**

---

**O R D E R**

2          SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED v. US

Upon consideration of each appellant's unopposed motion to dismiss its appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The motions are granted to the extent that the appeals are withdrawn.

(2)  Each party shall bear its own costs.

FOR THE COURT

July 12, 2022                     /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                  Clerk of Court

ISSUED AS A MANDATE: July 12, 2022